**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

IN RE:

Carol Ann Zoffinger,   CASE NO.: 8:18-bk-03016-MGW

    Debtor.   CHAPTER 13

_____/

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

DITECH FINANCIAL LLC ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE #17), and states as follows:

1. Debtor, Carol Ann Zoffinger ("Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on April 13, 2018.

2. Secured Creditor holds a security interest in the Debtor's real property located at 1836 N. CRYSTAL LAKE DRIVE, LAKELAND, FL 33801, by virtue of a Mortgage recorded on October 13, 2006 in Book 7010, at Page 0391-0409 of the Public Records of Polk County, FL. Said Mortgage secures a Note in the amount of $94,000.00.

3. The Debtor filed a Chapter 13 Plan on April 27, 2018.

4. The Plan fails to mention the total amount of arrears owed. It is anticipated that Secured Creditor's claim will show the estimated pre-petition arrearage due Secured Creditor is $15,260.54. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $15,260.54 as the pre-petition arrearage over the life of the plan.

5. Pursuant to the loan documents, the regular monthly mortgage payment due is $407.98, not $286.00, as indicated in the Plan. Further, the monthly payment may be subject to periodic adjustments for escrow and/or variable interest rates, thus requiring amendment during the pendency of the Plan. Therefore, the Plan is not in compliance with the

requirements of 11 U.S.C. § 1325(a)(5) and cannot be confirmed. Secured Creditor objects to the Plan and to any plan which does not appropriately provide for the correct regular monthly mortgage payment.

6. The Plan does not appear feasible as the Debtor does not list any income or employment in their schedules. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: _/s/ Shreena Augustin_____
Shreena Augustin, Esquire
Email: saugustin@rasflaw.com
FBN: 0117598

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 7, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

CAROL ANN ZOFFINGER (PRO SE)
1836 N CRYSTAL LAKE DR., #56
LAKELAND, FL 33801

KELLY REMICK
CHAPTER 13 STANDING TRUSTEE
PO BOX 6099
SUN CITY, FL 33571

UNITED STATES TRUSTEE - TPA7/13, 7
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33602

>ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
>Authorized Agent for Secured Creditor
>6409 Congress Ave., Suite 100
>Boca Raton, FL 33487
>Telephone: 561-241-6901
>Facsimile: 561-997-6909
>
>By: _/s/ Shreena Augustin_____
>   Shreena Augustin, Esquire
>   Email: saugustin@rasflaw.com
>   FBN: 0117598