ORDERED.

Dated:  June 15, 2018

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                                Case No. 8:18-bk-03016-MGW
                                                                      Chapter 13
CAROL ANN ZOFFINGER

Debtor(s)[1]
_____/

**ORDER GRANTING TRUSTEE'S MOTION TO DISMISS (DOC. NO. 28)**

THIS CASE came on for a hearing on June 11, 2018 upon the Chapter 13 Trustee's Motion to Dismiss Case for Failure to Comply with the Court's Administrative Order (Doc. No. 28). It appears the Debtor failed to attend the Section 341 Meeting of Creditors and/or provide all documentation and the Court, having heard argument of counsel and being otherwise duly advised in the circumstances, it is

**ORDERED:**

1.    The Trustee's Motion to Dismiss Case for Failure to Comply with the Court's Administrative Order (Doc. No. 28) is hereby GRANTED.

2.    This case is DISMISSED without prejudice.

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

3. Notwithstanding any court order to the contrary, the Trustee shall disburse all funds on hand to the Debtor, in care of the Debtor's attorney, where represented by an attorney, and shall thereafter file her final report and upon filing of same, shall be discharged of her duties as Trustee.

4. The Debtor, the Trustee, or any party in interest, may, within 14 days from the date of this Order, request the Court to examine the fees paid to Debtor's attorney and request disgorgement of any portion deemed excessive. The Court shall retain jurisdiction for this purpose.

5. If the automatic stay imposed by 11 U.S.C. § 362(a) or § 1301 is in effect at the time this Order is entered, the stay is extended 14 days from the date of this Order, notwithstanding the provisions of 11 U.S.C. § 362(c)(2)(B).

6. All pending hearings are canceled with the exception of any scheduled hearing on a Motion for Relief from Stay or on an Order to Show Cause over which the Court reserves jurisdiction.

Kelly Remick, Chapter 13 Standing Trustee, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of the Order.
KR/MBM/ra                                                                                                    C13T 06/13/18